# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| Pamela J. Schroff | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  1:10-CV-2665 |
| Richard Lewis and Raymond Schafer | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐  the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name*)
_____ recover costs from the plaintiff *(name)*
_____ .

☒  other:    that judgement be and is hereby entered in favor of the defendants and against the plaintiff in this case.


This action was *(check one)*:

☒  tried by a jury with Judge or Magistrate Judge _____ Chief Judge Yvette Kane _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge or Magistrate Judge _____ without a jury and the above decision

☐  decided by Judge or Magistrate Judge _____ on a motion for


Date: _____ May 8, 2013 _____          *CLERK OF COURT*    MARY E. D'ANDREA


                                             s/ Shawna L. Cihak
                                             _____
                                             *Signature of Clerk or Deputy Clerk*